IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-23 Erie |
| | ) |
| GLENN HOLLINGSWORTH | ) |

**MOTION TO EXTEND THE TIME FOR THE**
**FILING OF PRETRIAL MOTIONS**

AND NOW, comes the defendant, GLENN HOLLINGSWORTH, by his attorney, Thomas W. Patton, Assistant Federal Public Defender, and respectfully moves this Honorable Court for an Extension of Time to File Pretrial Motions, and in support thereof sets forth as follows:

1. The defendant, Glenn Hollingsworth, has been charged in a one-count indictment with violation of Title 21, U.S.C. §§ 841(a)(1) & 841(b)(1)(B)(iii); possess with intent to distribute and distribute fifty (50) grams or more of cocaine base.

2. Pursuant to an Order of Court dated August 15, 2005, certain types of pretrial motions are due on September 12, 2005.

3. The parties are continuing to negotiate a settlement of this matter which, if successful, will obviate the need for pretrial motions.

4. It would be prejudicial to defendant to not have the opportunity to file pretrial motions in the event that this matter cannot be resolved through a plea agreement process.

5.   Accordingly, counsel requests an additional thirty (30) within which to file pretrial motions.

WHEREFORE, defendant, Glenn Hollingsworth, respectfully requests an extension of thirty (30) days to file pretrial motions.

Respectfully submitted,

/s/ Thomas W. Patton
Thomas W. Patton
Assistant Federal Public Defender
PA ID #88653