IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-23 Erie |
| | ) |
| GLENN HOLLINGSWORTH | ) |

### ORDER OF COURT

AND NOW, to-wit, this 13th day of September, 2005, upon consideration of the within Motion for Extension of Time to File Pretrial Motions, it is hereby ORDERED, ADJUDGED and DECREED that said motion is hereby granted;

IT IS FURTHER ORDERED that the extended time period within which defendant may file pretrial motions shall be excluded under Title 18 U.S.C. §3161(h)(8)(A), since the court finds that the additional period is necessary to enable the parties to negotiate a settlement of this matter.

IT IS FURTHER ORDERED that any pretrial motions referred to in Local Criminal Rule 16 are due on **October 12, 2005**.

_____
MAURICE B. COHILL, JR.
Senior United States District Judge

cc: Thomas W. Patton, AFPD
    Marshall J. Piccinini, AUSA