IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CRiM  05-23 ERIE |
| | ) | |
| GLENN HOLLINGSWORTH  (1) | ) | |
| | ) | |

## NOTICE

The above entitled case is set for ___CHANGE OF PLEA_____

on ___December 6, 2006_____ at __1:30  PM_____ in Courtroom A, 2nd Floor, U.S.

Post Office & Courthouse, Erie, PA, before the Hon. Maurice B. Cohill, Jr., Senior District

Judge.

_____
Richard Witas, Courtroom Deputy Clerk

Date:    November 15, 2005

Copies to:    Marshall Piccinini, AUSA
              Thomas W. Patton, AFPD


              Pretrial Services
              Probation Office - ERIE-Pgh
              U.S. Marshal - ERIE - Pgh