MEMORANDUM OF NON-JURY TRIAL

# United States District Court

## For the Western District of Pennsylvania

UNITED STATES OF AMERICA

_____ )
                        Plaintiff )
                                  )  No. _____ CRIM  05-23  ERIE _____
        vs.                       )
                                  )
GLENN HOLLINGSWORTH ___ (1) _____)
                                  )
_____ )
                        Defendant )

HEARING ON _____ CHANGE OF PLEA _____

Before Judge ___ MAURICE B. COHILL, JR., _____

Marshall Piccinini, AUSA _____          Thomas W. Patton, AFPD _____

_____          _____
        Appear for Plaintiff                    Appear for Defendant

Hearing begun __ 1:30 __ 12-6-05 _____    Hearing adjourned to _____

Hearing concluded C. A. V. 2:00 12-6-05 ____   Stenographer __ Janice Ferguson __

### WITNESSES:

For Plaintiff                              For Defendant

A Sworn; found competent to plead _____
Standard plea colloquy given _____
Δ changes plea to "guilty" as to Count I _____
Sentencing date: March 14, 2006 at 10:00 _____
PSR ordered _____