CR 5-23E

AND NOW, the defendant in the above-entitled case hereby withdraws his plea of not guilty entered May 23 20 05 and now pleads guilty in open court this 6th day of December 20 05 as to Count I.

_____
Defendant

_____