IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CRIM 05-23 ERIE |
| | ) |
| GLENN HOLLINGSWORTH    (1) | ) |

NOTICE

The above entitled case is set for ___SENTENCE___

on ___March 14, 2006___ at ___10:00 a.m.___ in Courtroom A, 2nd Floor, U.S. Post Office & Courthouse, Erie, PA, before the Hon. Maurice B. Cohill, Jr., Senior District Judge.

_____
Richard Witas, Courtroom Deputy Clerk

Date: Dec. 6, 2005

Copies to:    Marshall Piccinini, AUSA
              Thomas W. Patton, AFPD

              Pretrial Services
              Probation Office - ERIE-Pgh
              U.S. Marshal - ERIE - Pgh