# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

U.S.A.  )
        )
        )
        )         CR 00-3 Erie
   vs.  )         CR 05-23 ERIE
        )
Glenn Hollingworth )
        )
        )
        Defendants )

HEARING ON  Sentencing + Supervised Release Violation

Before  Judge Cohill

AUSA Marshall Piccinini          AFPD Thomas Patton

Appear for Plaintiff             Appear for Defendant

Hearing Begun  10:00 3/14/06     Hrg Adjourned to ———

Hrg concluded C.A.V. 10:25 3/14/06   Stenographer  Sandra Blake

## WITNESSES
For Plaintiff                     For Defendant

Current O.L. 29, Cat. III, Range 120-135 mo; S.R. 5 yrs,
Offense: Fine $15,000 - $4,000,000; S.A. $100
S.R. Violation: Grade A Violation, Cat. II, Range 15-21 mo.

Sentence Imposed: 120 mo to be followed by 21 mo. Imprisonment
on S.R. Violation; 5 yrs S.R.; Fine Waived, $100 S.A.; Special
                                                        Conditions

(∆ obj to DNA collection - overruled)