```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-23 Erie |
| | ) |
| GLENN HOLLINGSWORTH | ) |

## MOTION TO SEAL TRANSCRIPT

AND NOW, comes the defendant, Glenn Hollingsworth, by his attorney, Thomas W. Patton, Assistant Federal Public Defender, and respectfully moves this Honorable Court to enter an Order sealing the transcript of the sentencing hearing in the above case, and in support thereof sets forth as follows:

1. The defendant, Glenn Hollingsworth, was sentenced before this court on March 14, 2006.

2. On January 15, 2007, the transcript from the sentencing hearing was completed by the court reporter, Sondra Black, and entered as Doc. No. 31 on the docket with the language that the transcript may be made remotely, electronically available to the public without redaction.

3. Counsel for Mr. Hollingsworth moves this Honorable Court to place the entire transcript under seal as sensitive information is contained throughout the document.

WHEREFORE, defendant respectfully requests that this Honorable Court enter an Order sealing the transcript of the sentencing hearing held on March 14, 2006 (Doc. 31) in the above captioned

case.

                                        Respectfully submitted,

                                        /s/Thomas W. Patton
                                        Thomas W. Patton
                                        Assistant Federal Public Defender
                                        PA ID #88653