IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-23 Erie |
| | ) |
| GLENN HOLLINGSWORTH | ) |

**ORDER OF COURT**

AND NOW, to-wit, this 29th day of January, 2007, upon consideration of the within Motion to Seal Transcript, it is hereby ORDERED, ADJUDGED and DECREED that said motion is hereby GRANTED;

IT IS FURTHER ORDERED that the transcript of the sentencing hearing held on March 14, 2006 (Doc. 31) is hereby SEALED.

_Maurice B. Cohill, Jr._
MAURICE B. COHILL, JR.
Senior United States District Judge