IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs. | ) | Criminal Number 05-23E |
| | ) | |
| GLENN HOLLINGSWORTH | ) | |

The above named defendant satisfied the judgment of MARCH 14, 2006 by paying on JANUARY 09, 2007 the full balance due on his/her court ordered:

    __X__ Assessment
    _____ Fine
    _____ Costs
    _____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____  2/9/07
Deputy Clerk                              Date