IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-23 Erie |
| | ) |
| GLENN HOLLINGSWORTH | ) |

### MOTION TO SEAL DOCUMENT

AND NOW, comes the defendant, Glenn Hollingsworth, by his attorney, Thomas W. Patton, Assistant Federal Public Defender, and respectfully requests that the attached Motion for Reduction of Sentence Pursuant to 18 U.S.C. §3582(c)(2) be filed under seal.

Respectfully submitted,

*/s/ Thomas W. Patton*
Thomas W. Patton
Assistant Federal Public Defender
PA ID #88653

**FILED**

JUL 2 1 2008

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA