IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-23 Erie |
| | ) |
| GLENN HOLLINGSWORTH | ) |

### ORDER

AND NOW, this 22nd day of July, 2008, it is hereby ORDERED that the attached Motion for Reduction of Sentence Pursuant to 18 U.S.C. §3582(c)(2) be filed under seal.

*Maurice B. Cohill, Jr.*
Honorable Maurice B. Cohill, Jr.
Senior United States District Judge